USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-

20 **CR.** 14 (RMB)

JOSE RAMIREZ- ENCARNACION,

Defendant.

-----------------------------------------------------------X

     For the reasons stated on the record today, the Defendant, Jose Ramirez-Encarnacion, Reg. No. 87559-054,  is released upon the satisfaction of the following conditions:

     1) $25,000  personal recognizance bond co-signed by 2 financially responsible people;

     2) Home incarceration at Alex Cabrera's residence;

     3) Alex Cabrera to serve as third-party custodian;

     4) Travel restricted to DNJ/EDNY/SDNY;

     5) Strict supervision by Pretrial Services;

     6) Surrender of all travel documents and no new applications; and

     7) Mr. Ramirez-Encarnacion to report to Pretrial Services upon release and thereafter be monitored for the first 14 days of release by voice verification over a land line, daily FaceTime check-in on an iPhone, or an alternative means as determined by Pretrial Services. Mr. Ramirez-Encarnacion must return to the courthouse on the 15th day of release if required by Pretrial Services  or as directed by Pretrial Services for the potential installation of electronic monitoring equipment, if deemed necessary by Pretrial Services.

Dated: New York, New York
      April 30, 2020

*Richard M. Berman*

**RICHARD M. BERMAN, U.S.D.J.**