**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,        20 Cr 14 (RMB)

      - against -                    **ORDER**

JOSE RAMIREZ ENCARNACION,

                    Defendant.
-------------------------------------------------------------x

Based upon the record herein, and the conference held on November 18, 2020, the schedule for this case is as follows:

    1- Pretrial motion, if any, is due February 1, 2021;

    2- Response is due March 1, 2021;

    3- Reply, if any, is due March 15, 2021;

    4- Conference is scheduled for March 31, 2021 at 10:00 am;

    5- Motions in limine, joint proposed jury charges, joint proposed voir dire, joint proposed verdict sheet, joint list of names and places, are due on May 13, 2021;

    4- Responses to motions in limine are due on May 20, 2021;

    5- Final pretrial conference is scheduled for June 1, 2021 at 10:00 am; and

    6- Jury selection and jury trial will commence on Monday June 14, 2021.

Dated: New York, New York
       November 18, 2020

                                                _/s/ Richard M. Berman_
                                          **RICHARD M. BERMAN, U.S.D.J.**