THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519

NMARMUR@MARMURLAW.COM

WWW.MARMURLAW.COM

January 26, 2021

The Honorable Richard M. Berman
United States District Judge
for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Jose Ramirez-Encarnacion, 20 Cr. 14 (RMB)**

Dear Judge Berman:

  I write to request that the Court modify the conditions of release for Jose Ramirez-Encarnacion, who has been on home incarceration since May 2020. Since that time, he has been living in his aunt's house in New Jersey. Because of the strict nature of home incarceration, he has, except on rare occasions, been unable to leave the house. He would like permission to spend two hours outside each day – from noon to 2:00 pm – to exercise, run errands, and help his mother, who lives nearby. I understand from Pretrial and AUSA Matthew Hellman, counsel for the Government, that, in order to effectuate this request, the Court would be required to "downgrade" the conditions of release to home detention.

  Mr. Ramirez-Encarnacion's New Jersey Pretrial Services Officer, Sandra Marin, who is acting as a courtesy monitor for the Southern District, reports that he has been fully compliant with the terms of release. His Southern District Pretrial Officer, Bernisa Mejia, reports that he is doing "quite well."

  Subject to the Court's approval, this modification would come with specific conditions to be set by Pretrial. By way of example, and not limitation, Pretrial would require, upon request, proof of visits to the grocery or other approved stores by the production of receipts.

**THE LAW OFFICES OF**

**NATHANIEL Z. MARMUR, PLLC**

      Ms. Mejia has informed me that Pretrial defers to the Government with respect to this request, and Mr. Hellman has informed me that the government consents.

      I thank the Court in advance for its attention to this matter

                                      Respectfully,

                                      /s/ Nathaniel Z. Marmur

                                      Nathaniel Z. Marmur

cc: AUSA Matthew Hellman (by ECF)

Application granted.

SO ORDERED:
Date: 1/26/2020

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

2