UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

     -against-

JOSE RAMIREZ-ENCARNACION,
                  Defendant.
-------------------------------------------------------------X

20 CR. 14 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for March 31, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2014

Dated: March 23, 2021
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.