USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/21

**THE LAW OFFICES OF**
# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

July 19, 2021

The Honorable Richard M. Berman
United States District Judge
for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:     **United States v. Jose Ramirez-Encarnacion, 20 Cr. 14 (RMB)**

Dear Judge Berman:

I write on behalf of Jose Ramirez-Encarnacion to respectfully request that the Court adjourn the sentencing, currently scheduled August 11 at 9:00 am, until the end of September, which is a convenient date for both of the parties. The requested adjournment is to allow the defense to obtain additional letters of support, finalize a sentencing submission, and to accommodate my professional commitments and summer holiday schedules. I have spoken to AUSA Matthew Hellman, who informs me that the government consents to this request. Thank you for your consideration of this matter.

Respectfully,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

cc:  AUSA Matthew Hellman (by ECF)

Sentence is adjourned to
9/30/21 at 9:30 am.
Defense submission is due
9/15/21. Government
submission is due 9/22/21.

SO ORDERED:
Date: 7/20/21     Richard M. Berman
Richard M. Berman, U.S.D.J.