**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                       20 CR. 14 (RMB)
   -against-

                                                                     **ORDER**

JOSE RAMIREZ-ENCARNACION,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Thursday, September 30, 2021 at 9:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2014

Dated: September 23, 2021
        New York, NY

                                                                  _____
                                                                     RICHARD M. BERMAN
                                                                           U.S.D.J.