# THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC

500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519

NMARMUR@MARMURLAW.COM

WWW.MARMURLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/21

October 20, 2021

The Honorable Richard M. Berman
United States District Judge
for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Jose Ramirez-Encarnacion, 20 Cr. 14 (RMB)**

Dear Judge Berman:

    I write to request that the Court extend the reporting date for Jose Ramirez-Encarnacion for three weeks, from October 25 to November 15, to allow additional time for the BOP to designate him to a facility. On September 30, this Court sentenced Mr. Ramirez-Encarnacion principally to a term of imprisonment of 18 months, with a recommendation that he be placed in a facility close to Lodi, New Jersey. At that time, the Court also indicated that it would be amendable to a request for additional time to report if Mr. Ramirez-Encarnacion had not been designated within a few days of October 25. Particularly in the time of COVID, we respectfully submit that allowing the BOP to find placement for him at the institution where ultimately he would serve his sentence is in the interests of all parties – it lessens the burden of potential additional quarantining and the need to transport Mr. Ramirez-Encarnacion between facilities, and it would also assure that he is incarcerated at a facility with an appropriate security classification.

    I have spoken to PTSO Sandra Marin, who informs me that Mr. Ramirez-Encarnacion continues to be in compliance with the terms of his release. AUSA Matthew Hellman has informed me that the Government consents to this request.

    I thank the Court in advance for its attention to this matter

*Surrender date extended to 11/15/21.*

Respectfully,

/s Nathaniel Z. Marmur

Nathaniel Z. Marmur

cc: AUSA Matthew Hellman (by ECF)

SO ORDERED:
Date: 10/21/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.