<div style="text-align:center">

THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519

NMARMUR@MARMURLAW.COM

WWW.MARMURLAW.COM

</div>

The Honorable Richard M. Berman
United States District Judge
for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Final extension of surrender date granted to November 30, 2021.
>
> SO ORDERED:
> Date: 11/12/21
> /s/ Richard M. Berman, U.S.D.J.

Re: United States v. Jose Ramirez-Encarnacion
20-cr-14

Dear Judge Berman:

  I write to request that the Court extend the reporting date for Jose Ramirez-Encarnacion for three weeks, from November 15 to December 6, to allow additional time for the BOP to designate him to a facility. This is our second request for an extension, *see* Dkt. 73 (court's endorsement of first request), and we sincerely hope that, should the Court grant this application, there would be no need for any further requests. As of November 15, Mr. Ramirez will have been at liberty for a month and a half since his September 30th sentencing date. Based on recent experience, it has taken about six weeks to two months for a defendant to be designated.

  As explained in our previous application, we respectfully submit that it would be in the interests of the parties to allow Mr. Ramirez-Encarnacion this additional time to self-report: it would avoid potential additional quarantining and transportation between facilities, and it would assure his designation to a facility with the appropriate security classification.

  We have not been able to connect with Pretrial Services, but have no reason to doubt that, since the last update several weeks ago, he has continued to be compliant. AUSA Matthew Hellman has informed us that the Government graciously consents to this request.

  I thank the Court in advance for its attention to this matter

<div style="margin-left:50%">

Respectfully,

/s Nathaniel Z. Marmur

Nathaniel Z. Marmur

</div>

cc: AUSA Matthew Hellman (by ECF)